Pomales, Appellant, v. The Registrar, Respondent.

Appeal from a Decision of the Registrar of Property of Guayama.

No. 149.—Decided June 28, 1913.

Administrative Appeal—Documents Not Presented in Registry.—In the decision of an administrative appeal this court cannot consider documents which are not shown to have been presented in the registry of property and considered by the registrar in rendering the decision appealed from.

Id.—Second Appeal.—An administrative appeal having been decided by this court, the same question cannot be raised later by means of a second appeal based on the same documents which served as grounds for the first appeal.

The facts are stated in the opinion.

*Mr. C. Domínguez Rubio* for appellant.

Mr. Felipe Cuchí, registrar, filed a brief in his own behalf.

Mr. Justice Aldrey delivered the opinion of the court.

On April 2 of this year the Registrar of Property of Guayama refused to record a deed of sale executed in favor of Maximino Pomales by Ramón Vázquez as marshal and in the name of the Succession of Pedro García, basing his refusal on two defects, one of which was that the property sold was not recorded in the registry in the name of the Succession of Pedro García. An administrative appeal having been taken by Pomales from this decision, this court, in its decision of the second day of this month, affirmed the decision of the registrar.

Some days afterwards said title of bargain and sale was again presented for record in the same registry and the registrar again refused to admit if for the same defect to which we have referred. An appeal having been taken from this decision, in addition to the title whose record was denied, the appellant has presented two certificates, one issued by the clerk of the Municipal Court of the Municipal Judicial District of Salinas and the other by the clerk of the District Court of Guayama, together with an affidavit. The appellant bases

his prayer that we reverse the aforesaid decision from which he has now appealed on these certificates and affidavit alone.

From the decision of the registrar endorsed on the deed it does not appear that the said certificates and affidavit which are now submitted by the respondent were presented in the registry, nor do these documents show anything which would justify our conclusion that they were actually presented to the registrar together with the deed; therefore we do not know whether the registrar took them under consideration when he rendered the second decision refusing to admit the deed to record. In order that we may decide whether the registrar erred in the decision appealed from it is necessary that we take into account the same data on which he based his decision, therefore we cannot consider documents which we are not sure were presented to him, for which reason we must eliminate the certificates and affidavit presented by the appellant. *Calenti* v. *The Registrar,* 12 P. R. R., 8, and *Cadilla* v. *The Registrar, ante* p. 77.

Therefore, leaving out of consideration said documents and considering the deed of sale only, which appears to be the only document presented to the registrar, we must hold, according to our decision in the case of *Roig* v. *The Registrar,* 18 P. R. R., 11, that we cannot again take up the same question already decided by this court, because the first is final and binding on the appellant Pomales.

*Affirmed.*

Chief Justice Hernández and Justices MacLeary, Wolf and del Toro concurred.